2:25-CV-3459-DAD-AC (PS)

**FILED**

DEC 0 1 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT Eastern
FOR THE DISTRICT OF CALIFORNIA —[WOODLAND DIVISION]

## ARTICLE III COMMON LAW COMPLAINT

**Filed by:**

**:peter-jason :helfrich**, a living man, American National, asserting unalienable natural rights under the four organic laws.

**v.**

**DEFENDANTS (Title/Office Only):**

- Office of the Governor of California

- Director of Caltrans

- Commissioner of the California Highway Patrol

:peter-jason of the
:helfrich clan
c/o: 435 Aspen Street,
Woodland California
[Near 95695]

- All County/City officials within California including but not limited to Yolo/Woodland/all counties jurisdiction enforcing anti-homelessness codes

- Office of the President of the United States (Donald J. Trump, official capacity)

- Donald J. Trump (individual capacity for acts outside lawful authority)

- Attorney General of the United States

- Secretary of Health and Human Services

- All agents, officers, contractors, and participants enforcing anti-homelessness policies, ordinances, or executive orders

---

# I. JURISDICTION

This Complaint invokes **Article III judicial power**, the **four organic laws**, **natural law**, and **common law**. Plaintiff is a living man with standing due to direct, ongoing injury.

## II. INTRODUCTION

This action challenges the criminalization of homelessness through state and federal directives, ordinances, executive orders, and enforcement practices. Plaintiff receives **$1,305 per month SSDI**, which is insufficient to secure lawful shelter in California. As a result, Plaintiff is involuntarily homeless and directly harmed by policies that:

- criminalize indigency and disability

- authorize displacement, sweeps, removal, or arrest

- threaten fines, citations, and harassment

- treat mere existence in public as a crime

Plaintiff seeks declaratory relief, injunctions, and damages.

## III. STATEMENT OF FACTS

1. Plaintiff is disabled and indigent with fixed SSDI income.

2. Housing in the Woodland/Yolo region is unattainable on $1,305/month.

3. California and local officials actively enforce anti-camping and anti-homelessness laws.

4. Federal policies under Donald J. Trump included pressure on governors and mayors to criminalize encampments.

5. Plaintiff has been repeatedly displaced, threatened, or placed in fear of imminent enforcement, and loss of property.

6. Enforcement actions cause loss of property, exposure to elements, and threat to life and liberty.

7. Plaintiff cannot avoid these harms without judicial intervention.

# IV. CLAIMS FOR RELIEF

## Claim 1 — Violation of Natural Rights (Common Law Tort)

Defendants criminalize a natural condition (homelessness) caused by disability and economic impossibility, infringing the right to exist, travel, rest, and survive.

## Claim 2 — Abuse of Office / Maladministration

Defendants enacted and enforced unlawful directives outside lawful authority, harming Plaintiff.

## Claim 3 — Constructive Fraud & Coercion

Defendants know Plaintiff cannot comply with housing requirements yet punish involuntary conduct.

## Claim 4 — Negligence & Gross Negligence

Defendants' actions directly and foreseeably injure Plaintiff through displacement and exposure.

## Claim 5 — Declaratory Judgment

Plaintiff seeks judicial declaration that criminalizing homelessness violates natural rights and exceeds lawful authority.

# V. RELIEF REQUESTED

Plaintiff seeks:

1. Declaratory relief that enforcing anti-homelessness policies against Plaintiff is unlawful.

2. Temporary Restraining Order and Preliminary Injunction halting all enforcement.

3. Permanent injunction preventing future enforcement.

4. Compensatory damages (amount to be determined).

5. Costs, fees, and further relief as the Court deems just.

6. Court service of filings on the **U.S. Department of Justice (DC + California)**.

---

# VI. RESERVATION OF RIGHTS

Plaintiff reserves all rights **nunc pro tunc ab initio**.
Notice to agent is notice to principal; notice to principal is notice to agent.

---

# VII. AFFIDAVIT OF TRUTH

I, **:peter-jason :helfrich**, declare under penalty of perjury (28 USC § 1746) that all statements herein are true, correct, and complete.

**Date:**


WITNESS MY DIGITAL SIGNATURE **Signature:**
**Name:** :peter-jason :helfrich

---

# VIII. AFFIDAVIT OF SERVICE

*The Clerk of this court is hereby directed to effectuate*

I certify that a true copy of this Complaint was served on all Respondents by: *the clerk*

SERVING Donald Trump (Principal)

Here are the publicly listed mailing addresses:

* The White House (for the President):

  1600 Pennsylvania Avenue NW

  Washington, DC 20500. ([The White House][1])

Gavin Newsom (Principal)

* Gavin Newsom (Governor of California):

  1021 O Street, Suite 9000

  Sacramento, CA 95814. ([gov.ca.gov][2])

[1]: https://bidenwhitehouse.archives.gov/get-involved/write-or-call/?utm_source=chatgpt.com "How You Can Write or Call the White House"

[2]: https://www.gov.ca.gov/contact/?utm_source=chatgpt.com "Contact the Governor"

NOTICE TO AGENTS IS NOTICE TO PRINCIPALS

NOTICE TO PRINCIPALS IS NOTICE TO AGENTS

AN UN REBUTTED AFFIDAVIT STANDS AS TRUTH, CONCESSION OF ERROR, TACTIC AGREEMENT AND ESTOPPEL

ALL RIGHTS RESERVED WITHOUT PREJUDICE NOR RECOURSE NUNC PRO TUNC AB INITIO

WITNESS MY DIGITAL SIGNATURE WITHOUT PREJUDICE NOR RECOURSE

28 USC 1746, SUBSECTION 1

WITHOUT THE USA

On the date: 11/24/2025

**WITNESS MY DIGITAL Signature:**

**:peter-jason :helfrich**

---

## Typical Cost of Living in California (2025)

1. **Overall Comparison to U.S. Average**

   * According to RentCafe, the cost of living in California is **about 50% higher than the national average**. ([RentCafe][1])
   * Salary.com estimates that a single person living in California needs about **$3,514/month** to cover basic living costs. ([Salary.com][2])

2. **Housing**

   * Very expensive: housing costs are extremely high in many parts of California. ([RentCafe][1])
   * For example, in Sacramento (which is more affordable than coastal areas), monthly rent for a place can range (according to LivingCostIndex) from about **$1,475 to $2,750+** depending on size and neighborhood. ([Living Cost Index][3])
   * In big cities: RentCafe shows that Los Angeles housing is *132% higher than the U.S. average*. ([RentCafe][4])

3. **Utilities**

   * Utilities (electricity, water, gas) are significantly higher than the U.S. average. ([RentCafe][1])
   * According to LivingCostIndex, typical monthly utility costs (electricity + water + internet + heating) for a modest place could be **$135–$300+**, depending on usage and region. ([Living Cost Index][5])

4. **Food / Groceries**

   * Food costs are higher than average. According to RentCafe, groceries are about **12% more expensive** in California. ([RentCafe][1])
   * More specifically, monthly grocery spending for one person is often **$350–$500** in many places. ([Coffee The Canvas][6])

5. **Transportation**

   * Higher than average: gas, car maintenance, or public transit can be pricey depending on where you live. ([RentCafe][1])
   * According to OysterLink, typical utility + transport + phone costs for a modest apartment might come to several hundred per month. ([OysterLink][7])

6. **Healthcare**

   * Healthcare costs in California are also elevated. RentCafe data shows health care is about **15% more expensive** than the national average. ([RentCafe][1])
   * Depending on coverage, monthly health insurance or medical costs could be several hundred dollars. ([costoflivingtoday.com][8])

7. **"Hidden" Costs for Homeowners**

   * If you own a home in California, there are additional "hidden" costs: one report estimates **$32,262/year** for maintenance, property taxes, insurance, utilities, and other upkeep. ([Axios][9])

---

## **What This Means for Someone Making ~$1,305 / Month (SSDI)**

* **$1,305/month is *very low* relative to average California costs.** A lot of people in California on that kind of income struggle because the baseline cost to live modestly is much higher.
* Even in more affordable parts of California (inland or non-coastal), rent + utilities alone could eat up or exceed that income without any room for other basic needs like food, transportation, or healthcare.
* Without **subsidies, shared housing, or very cheap rent**, it's extremely hard to cover the cost of living in many parts of California on SSDI alone.

---

### **Bottom Line**

* California is **one of the most expensive states** to live in, especially housing.
* Costs vary a lot depending on city — living in **Smaller or Inland California** is significantly more affordable than LA, SF, or other metro areas.
* For someone on **$1,305/month**, it's very challenging to maintain stable housing and cover necessary living costs **without assistance or subsidized housing**.

---

If you like, I can run a **cost-of-living simulation for someone living on $1,305 in different regions of California** (Woodland / Yolo, Fresno, LA, etc.) — do you want me to do that?

[1]: https://www.rentcafe.com/cost-of-living-calculator/us/ca/?utm_source=chatgpt.com "Cost of Living in California 2025 | RentCafe"
[2]: https://www.salary.com/research/cost-of-living/ca?utm_source=chatgpt.com "Cost of Living in California 2025 | Salary.com"
[3]: https://livingcostindex.com/regions/sacramento-us-ca/?utm_source=chatgpt.com "Cost of Living in Sacramento, California, United States in 2025"

[4]: https://www.rentcafe.com/cost-of-living-calculator/us/ca/los-angeles/?utm_source=chatgpt.com "Cost of Living in Los Angeles, CA 2025 | RentCafe"

[5]: https://livingcostindex.com/regions/california-us/?utm_source=chatgpt.com "Cost of Living in California, United States in 2025"

[6]: https://coffeethecanvas.com/cost-of-living-in-california-housing-food-and-expenses-guide/?utm_source=chatgpt.com "Cost of Living in California 2025, Housing, Food & Expenses Guide - Coffee the Canvas"

[7]: https://oysterlink.com/spotlight/cost-of-living-california/?utm_source=chatgpt.com "Cost of Living in California in 2025 - OysterLink"

[8]: https://costoflivingtoday.com/featured/the-average-cost-of-living-in-california-a-complete-breakdown/?utm_source=chatgpt.com "The Average Cost of Living in California: A Complete Breakdown - Cost Of Living Today"

[9]: https://www.axios.com/local/san-francisco/2025/07/23/hidden-costs-homeowners-california-property-taxes-insurance-2025?utm_source=chatgpt.com "\"Hidden\" homeowner costs in California top $32K a year"

IN THE UNITED STATES DISTRICT COURT Eastern
FOR THE DISTRICT OF CALIFORNIA — WOODLAND DIVISION
EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
Filed by :peter-jason :helfrich, a living man asserting natural and unalienable rights.

I. MOVANT
Movant receives $1,305/month SSDI, is disabled, indigent, and involuntarily homeless. The enforcement of anti-homelessness policies threatens immediate, irreparable harm.

II. RESPONDENTS
(Official-capacity and title-only)
Office of the Governor of California

Director of Caltrans

Commissioner of California Highway Patrol

Siskiyou/Woodland/Yolo; California officials enforcing homelessness bans

Office of the President of the United States (Donald J. Trump, official)

Donald J. Trump (individual capacity, acts outside lawful authority)

Attorney General of the United States

Secretary of Health and Human Services

All agents enforcing anti-homelessness laws

III. BASIS FOR EMERGENCY RELIEF
Movant is involuntarily homeless.

Enforcement actions are happening now in Woodland/Yolo County.

Movant faces irreparable harm including:

loss of survival gear

exposure to weather

citations, fines, arrest

displacement and harassment

Movant cannot avoid harm without immediate court intervention.

IV. TRO STANDARD MET
Irreparable harm: proven by imminent enforcement.

Likelihood of success: criminalizing unavoidable status is unlawful.

Balance of equities: favors protecting a disabled, indigent man.

Public interest: protecting natural and constitutional rights.

V. RELIEF REQUESTED
Movant asks for a TRO enjoining Respondents from:
Arresting, citing, removing, or harassing Movant for homelessness.

Enforcing any anti-camping/homelessness statute, ordinance, order, or program against Movant.

Conducting sweeps or confiscation of Movant's property.

Using force or threats to compel Movant to move or comply.

## VI. PRELIMINARY INJUNCTION REQUEST
Movant requests the TRO be set for hearing to convert into a preliminary injunction lasting until final resolution of the Complaint.

## VII. NOTICE
Movant directs the Clerk of Court to serve documents electronically or otherwise to:
DOJ Washington, D.C.

DOJ California

## VIII. RESERVATION OF RIGHTS
Movant reserves all rights nunc pro tunc ab initio.
Notice to agent is notice to principal; notice to principal is notice to agent.

## IX. AFFIDAVIT OF TRUTH
I, :peter-jason :helfrich, declare under penalty of perjury that the facts herein are true and correct.

NOTICE TO AGENTS IS NOTICE TO PRINCIPALS
NOTICE TO PRINCIPALS IS NOTICE TO AGENTS

AN UN REBUTTED AFFIDAVIT STANDS AS TRUTH, CONCESSION OF ERROR, TACTIC AGREEMENT AND ESTOPPEL

ALL RIGHTS RESERVED WITHOUT PREJUDICE NOR RECOURSE NUNC PRO TUNC AB INITIO

WITNESS MY DIGITAL SIGNATURE WITHOUT PREJUDICE NOR RECOURSE

28 USC 1746, SUBSECTION 1

WITHOUT THE USA

Date: 11/24/2025

WITNESS MY DIGITAL Signature:
:peter-jason of the :helfrich clan

X. AFFIDAVIT OF SERVICE
I certify service of this Motion on Respondents by: _the Clerk of this court_
On the date: _See file Stamp_
WITNESS MY DIGITAL Signature:

:peter-jason of the :helfrich clan

**Date:** 11/24/2025

DIGITAL Signature:
`:peter-jason :helfrich`

---

AFFIDAVIT OF SERVICE OF <u>ALL</u> AFFIDAVITS TO THE USDC OF California Eastern District Clerk of Court

C/O: 501 I Street
Sacramento, California
95814

The Clerk of Court is herein directed to effectuate Service to all Respondents electronically or otherwise.

See ALL ATTACHMENTS
i.e.: Common Law Claim, TRO, IFP, & Motion for Access to PACER, etc.