UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER-JASON HELFRICH,

Plaintiff,

v.

OFFICE OF THE GOVENOR OF CALIFORNIA, et al.,

Defendants.

No. 2:25-cv-3459 DAD AC PS

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

(Doc. No. 4)

Plaintiff initiated this civil action by filing a complaint on December 1, 2025, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On February 18, 2026, the assigned magistrate judge screened plaintiff's complaint and determined it to be deficient because it both failed to establish this court's subject matter jurisdiction and to state a cognizable claim for relief under federal law. (Doc. No. 4 at 2–6.) In addition, the magistrate judge found that the granting of leave to amend would be futile in light of the nature of the complaint's pleading defects. (*Id*. at 4.) Accordingly, the magistrate judge recommended that plaintiff's complaint be dismissed without leave to amend. (*Id.* at 5.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty–one (21) days of service. (*Id*. at 5.) Plaintiff

/////

has not filed any objections to the findings and recommendations, or otherwise communicated with the court since they were issued, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued February 18, 2026 (Doc. No. 3), are adopted in full;
2. Plaintiff's complaint (Doc. No. 1) is DISMISSED without leave to amend and without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 20, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE